

FILED

04/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0030

Walter Stewart, Jr.
#2048920
CoreCivic-CCC
50 Crossroads Drive
Shelby, MT 59474
406/434-7055

pro se appellant

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. DA 20-0030

------------------------------------------------------------------

WALTER STEWART, JR.,                )
    Plaintiff and Appellant;     )   ORDER
                              )
v.                                  )
                              )
BRANDON HARTFORD, et al.,           )
    Defendants and Appellees.    )

------------------------------------------------------------------

Upon consideration of Appellant's motion for extension of time, and good cause appearing

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including July 13th, 2020, within which to allow the Appellant the continued opportunity to secure representation, prepare, file, and serve the Appellant's opening brief on appeal.

DONE and DATED this 10th day of April, 2020.

_____

FILED

APR 10 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana